UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME FOSSELMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. JACKSON, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-06118-RS (PR)<br><br>**ORDER REOPENING ACTION AND DISSOLVING STAY;**<br><br>**ORDER OF DISMISSAL** |

　　　　This action was stayed for purposes of settlement. (Dkt. No. 44.) The matter has settled. (Dkt. No. 55.) The stay is DISSOLVED. The Clerk shall modify the docket to reflect that this action is reopened.

　　　　Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 54.) The Clerk shall enter judgment accordingly, and close the file. Each party shall bear its own litigation costs and attorney's fees.

　　　　**IT IS SO ORDERED.**

**Dated:** July  5 , 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　Chief United States District Judge